# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA MARIE OTTEM,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>Defendant. | Case No. 1:24-cv-0412 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING THE ACTION FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF CYNTHIA MARIE OTTEM AND AGAINST DEFENDANT FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 11, 14, and 16) |
|---|---|

Cynthia Marie Ottem initiated this action seeking judicial review of a final decision denying her application for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI the Social Security Act. (*See* Docs. 1, 11.) Plaintiff asserts the administrative law judge erred in evaluating her residual functional capacity and failed to identify clear and convincing reasons for rejecting her subjective complaints. (Doc. 11 at 8-16.) The Commissioner asserts substantial evidence supports the ALJ's decision, and the Court should affirm. (Doc. 14 at 3-16.)

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

The magistrate judge determined that the ALJ erred by failing "to utilize or articulate proper bases for evaluating Plaintiff's symptoms testimony beyond the lack of supporting medical evidence." (Doc. 16 at 9; *see also id.* at 5-9.) Because remand was appropriate on this issue, the magistrate judge did not reach the remaining arguments raised by Plaintiff. (*See id.* at 10.) Thus, the magistrate judge recommended the Court grant Plaintiff's appeal, reverse the determination to deny benefits, and enter judgment in favor of Plaintiff. (*Id.* at 11.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 16 at 11.) The Court advised the parties that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated May 30, 2025 (Doc. 16) are **ADOPTED**.
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security (Doc. 11) is **GRANTED**.
3. The Commissioner's request to affirm (Doc. 14) is **DENIED**.
4. The agency's determination to deny benefits is **REVERSED**.
5. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

///
///
///
///
///
///

6. The Clerk of the Court is directed to enter judgment in favor of Plaintiff Cynthia Marie Ottem and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: __**June 16, 2025**__

_____
UNITED STATES DISTRICT JUDGE