# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARIE OTTEM, | Case No.: 1:24-cv-0412 JLT BAM |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND TERMINATING PLAINTIFF'S MOTION FOR ATTORNEY FEES AS MOOT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security[1], | (Docs. 20, 22) |
| Defendant. | |

Cynthia Marie Ottem and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,850.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22 at 1-3.) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $9,850.00 pursuant to 28 U.S.C. § 2412(d).
2. Plaintiff's motion for attorney fees (Doc. 20) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:  **September 22, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.